# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3448
_____

Auzio Hewlett

*Plaintiff - Appellant*

v.

Captain Gram; Jessica Gage; Lieutenant Santine

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 18, 2014
Filed: July 28, 2014
[Unpublished]

_____

Before BYE, SMITH, and KELLY Circuit Judges.

_____

PER CURIAM.

Federal inmate Auzio Hewlett appeals the district court's[1] adverse grant of summary judgment in his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). Upon de novo review, <u>see</u> <u>Sisney v. Reisch</u>, 674 F.3d 839, 843 (8th Cir. 2012), we find that there was no record support for Hewlett's constitutional claims, <u>see</u> <u>Scheffler v. Molin</u>, 743 F.3d 619, 620-21 (8th Cir. 2014) (when qualified-immunity defense is asserted, this court evaluates both whether defendant violated plaintiff's constitutional rights and whether those rights were clearly established; if there is no constitutional violation, however, this court need not proceed further). We also find no merit to Hewlett's arguments for reversal. The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.